UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| ELLIOTT BAY LENDER, LLC, | Case No. MC21-0080RSL |
| Plaintiff/Judgment Creditor, | |
| v. | |
| BEAU FESSENDEN, | ORDER TO ISSUE WRIT OF GARNISHMENT |
| Defendant/Judgment Debtor, | |
| U.S. BANK, N.A., | |
| Garnishee. | |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Beau Fessenden, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, U.S. Bank, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 3) submitted by plaintiffs' counsel on July 20, 2021.

Dated this 22nd day of July, 2021.

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT